**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

RUTHIE MICHELLE SWANSON
  Vs.                                         C.A. No.     2017 CA 007893 B
Ms ARIANA ARNOLD

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge ROBERT R RIGSBY
Date: November 27, 2017
Initial Conference: 10:00 am, Friday, March 02, 2018
Location: Courtroom 516
    500 Indiana Avenue N.W.
    WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
NOV 27 2017 *ajm*
Superior Court
of the District of Columbia
Washington, D.C.

Ruthie Michelle Swanson
P.O. Box 344
Morrow, GA. 30260  **Plaintiff**

vs.

Ms. Ariana Arnold
Attorney for Howard University
2400 6th St. N.W.
Office of the General Counsel **Defendants**
Washington, D.C. 20059

Civil Action No. 17-0007893

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

SEE ATTACHED FOR COMPLAINT

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 10,000,000.00 with interest and costs.

Phone: 404-735-2658

DISTRICT OF COLUMBIA, SS

Ruthie Michelle Swanson, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_____ (Plaintiff)                    _____ Agent)

Subscribed and sworn to before me this 22 day of November, 20 17.

_____ (Notary Public/Deputy Clerk)

[Notary seal: Kelda J Clarke, Notary Public, Henry County, Georgia, My Commission Expires August 19, 2018]

Untitled

TO: The Superior Court, Washington, DC.

FROM: Ruthie Michelle Swanson

COMPLAINT

Please be advised that I, Ruthie Michelle Swanson, am suing Ms. Ariana Arnold Attorney for Howard University for the following reasons:
I placed a "Negligence" Case against Howard University in the Superior Court of Washington, DC. in December 2016.  Ms Ariana Arnold conspired with the people at the U.S. District Court, who had no jurisdiction over this case, inorder to get the case dismissed.  I had an Attorney on my case but was forced to let her go because Ms. Arnold threatened her life if she continued to help me with my cases, causing me to have to go Pro Se on my cases.  Ms. Arnold also removed another case from the Superior Court in August 2016.  The case was "Abuse of Process", which the U.S. District Court had no jurisdiction over.  Ms. Arnold also put in a motion for me to pay for her illegal activities of removing my cases.  I am appalled at Ms. Arnold's behavior, because she violated my Civil and Constitutional rights. Howard University caused me to become disabled(See documents attached on "Negligence").  Howard refused to pay Worker's Compensation, even when Judge E. Cooper Brown, who was an Administrative Law Judge, ordered them to pay.  I have a witness who will testify what Judge Brown told Howard to do about my Worker's Compensation. I lost my job, my home, my vehicles and became homeless for 6 months until my Disability Benefits kicked in. I had to uproot my family and move to another state where I could afford the rent.  I was in a Union and was given a Contract which I signed, saying that I was to get 60% of my salary per month.  Howard University only gave me 28% of my pay per month, thereby breaching my Contract.  I asked Ms. Arnold and Howard University to have a meeting with me to go over my Union Contract over 50 times and over 50 times they refused, thereby once again violating my Civil and Constitutional Rights.
 See the Documents from Howard University's Insurance Company(Prudential) saying that I am to get 60% of my pay, but I only got 28% of my pay.  Also, my Union Contract did not expire until June, 2017, but Howard's Insurance Company stopped paying me my disability benefits in February 2017, 4 months before my Contract ended.  Ms Arnold wanted to cover up these facts, that's why she conspired to have my cases removed to the U.S. District Court.  The Justice Department is looking into Ms. Arnold's criminal behavior.

COMPLAINT CONTINUES →

Complaint Continued

I am making a plea to the Court to please grant me the money I am seeking because my disease has gotten worse from having to continue sueing Ms. Arnold. My medication for my rheumatoid arthritis is very expensive. The medication cost $1000.00 per shot, and I do not have that kind of money, and insurance do not pay all of the amount that the medication costs. I had been asking my Job to have a meeting with me for about 50 times, and 50 times they refused. I finally got a meeting with the heads of the University who told me that they would pay me the money that they owed me and that they would get Ms. Arnold to give it to me. I would've had enough money to get my medication and I could've moved back to my home in Maryland. Ms. Arnold decided that she was going to behave like a criminal and deny me my money, even though my Employers told her to give it to me. We would not be in Court today if Ms. Arnold had given me the money that my Employers told her to give to me. Ms. Arnold's refusal to give me my money has led to a Justice Department investigation into her criminal behavior. Ms. Arnold has been especially cruel to me, because if she had just done what my Employers told her to do, we would not be in this terrible situation. Ms. Arnold has "Abused the Process" many times. First, by disobeying my Employers in not giving me my money. Ms. Arnold has moved my Court cases unlawfully to the Federal Court, then conspired to have my cases dismissed without giving me a hearing. Ms. Arnold has unlawfully removed my cases 6 times. Ms. Arnold threatened my Attorney's life if she didn't stop helping me with my case. My Attorney is Ms. Anupa M. her phone number is: 301-396-4668. I had to proceed Pro Se with my cases against Ms. Arnold. Ms Arnold think that she is above the law, and someone like that should not be allowed to practice the law. Ms. Arnold needs to be reminded of our U.S. Constitution, because she must have never taken a course in Constitution Law before. I have suffered tremendously due to Ms. Arnold's corrupt behavior and I am pleading with the Court to grant the money I am seeking for damages.

Ms. Ruthie Michelle Swanson
*[signature: RM Swanson]*
Plaintiff

**Prudential**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87646
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits
Web Access Code: 91853

July 5, 2016

Ruthie Swanson
4281 Ward Bluff Dr
Ellenwood, GA 30294

Claimant: Ruthie Swanson
Claim No.: 10552087
Control No./Br.: 91853 / 00002

Dear Ms. Swanson:

Your Long Term Disability (LTD) claim under Group Policy 91853 issued to Howard University, Inc. was approved and benefits began effective March 11, 2003. Your monthly LTD benefit is 60.00% of your monthly earnings.

Your LTD checks are issued five business days prior to the end of the month.

Your monthly benefits are calculated as follows:

| | |
|---|---|
| Monthly Earnings | $4,218.07 |
| Scheduled LTD Benefit (60.00%) | $2,530.84 |
| Less Any Social Security Benefits | $1349.80 |
| Adjusted Benefit | <u>$1181.04</u> |

Your LTD benefits are paid on a monthly basis from the first through the last day of the month. If your LTD benefits begin after the first day of the month, your benefit will be prorated for the first month based on the number of days remaining in that month. Your LTD benefits began effective March 11, 2003.

Your Scheduled Benefit is subject to reduction by any applicable deductible sources of income set forth in your employer's Group Policy. An example of a deductible source of income is Social Security Disability Benefits (SSDB). If you have questions about other deductible sources of income, please consult your employee group certificate booklet.

We have determined that, based on the information in your file at this time, you meet the requirements for eligibility for benefits under the definition of disability. Benefits will continue to be paid provided that you continue to meet the group policy requirements including the attached definition of disability but no longer than your maximum duration. The maximum duration for your claim is February 9, 2017.

  

Laurel Health Center

# JOHNS HOPKINS
## MEDICAL SERVICES CORPORATION

9060 Baltimore Boulevard
Laurel, MD 20707
301-604-5254

13 July 2004

Re: Ruthie Swanson

To Whom it May Concern:

Ms. Swanson has been a patient in this office since August 2002. When she first presented for care here she was suffering from seronegative rheumatoid arthritis. She was at that time employed as a nurse at Howard University Hospital.

On September 11 2002, Ms. Swanson injured her dominant right hand at work, sustaining a fracture of the third metacarpal when assigned to regular rather than her recommended light duty. This work injury precipitated a prompt flare of her rheumatoid arthritis and a dramatic progressive decline in her clinical status. Ms. Swanson rapidly developed contractures of her right, then left hands. She has been disabled by inability to use her hands since that time.

Ms. Swanson's arthritis has not responded to standard therapies. It is the hope of her current rheumatologist, Dr. Carlos Lazada, that she will derive benefit from Enbrel. Thus far, she has been unable to receive this treatment for financial reasons.

It is my hope as well that Ms. Swanson can receive successful treatment for the disabling rheumatoid arthritis (now seropositive) which was consequent to her work injury. If further documentation will be helpful to her in obtaining care, please let me know.

Yours truly,

Elizabeth Weinrach, MD
Elizabeth Weinrach, MD

RE: DR. MAX SHERER HAS PLACED ME ON LIGHT DUTY BEFORE I BROKE MY WRIST ON 9/11/02

# MAX G. SHERER, M.D.
800 Pershing Drive
Silver Spring, Maryland 20910
301-588-4220

11/13/02

To: Disability Board
Social Security

Re: Pat of C. Swanson

Mrs. Swanson was involved in an auto accident 1/12/99 and was examined in the ER of Regional Hospital of Laurel. Her car was struck from behind and she sustained trauma to her back, neck and fractured the left 4th rib. Exam revealed increased back stiffness with tenderness and marked tenderness in left chest over site of 4th rib.

Subsequent exams on 2/9/00 and 5/23/00 revealed continued tenderness in both areas noted above. The patient stated that her discomfort was worse when lifting and turning patients.

The patient was examined again on 8/4/00, 9/3/00, 11/4/00, 1/5/01, 3/6/01, and 6/14/01. She had continued working with a limited ability to lift and turn patients. She continued having physical therapy twice a week. She was examined by Dr. Teibow, an orthodontist, and was placed on Vioxx twice daily with minimal relief. Her back and chest discomfort was only slightly better.

The patient had a left wrist fracture 3 years ago which has caused her persistent pain. The patient had bone density testing at Iaware Diagnostic Imaging on 10/22/02. The report (which is enclosed) states that the findings are consistent with osteoporosis.

Sincerely,

Max G. Sherer



Activity in Case 1:17-cv-02185-ABJ ARNOLD v. SWANSON Case Assigned/Reassigned
DCD_ECFNotice
to:
DCD_ECFNotice
10/23/2017 06:14 PM
Hide Details
From: DCD_ECFNotice@dcd.uscourts.gov
To: DCD_ECFNotice@dcd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/23/2017 at 6:14 PM and filed on 10/20/2017
**Case Name:**       ARNOLD v. SWANSON
**Case Number:**   1:17-cv-02185-ABJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Case Assigned to Judge Amy Berman Jackson. (md)**


**1:17-cv-02185-ABJ Notice has been electronically mailed to:**

**1:17-cv-02185-ABJ Notice will be delivered by other means to::**

RUTHIE MICHELLE SWANSON
6042 N. Lee Street
Unit 8D
Morrow, GA 30260

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTHIE M. SWANSON,**<br>Ruthie Michelle Swanson<br>6042 N. Lee St Unit 8D<br>Morrow, GA 30260<br><br>Plaintiff,<br><br>v.<br><br>**ARIANA ARNOLD,**<br>2400 6th Street, N.W. Suite 321<br>Washington, D.C. 20059<br><br>Defendants. | Civil Action No. 17-cv-2185<br><br>NOTICE OF REMOVAL<br>FROM THE SUPERIOR COURT OF<br>THE DISTRICT OF COLUMBIA |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Ariana Arnold (hereinafter "Defendant") serving in her official role, by and through her attorneys, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, removes this case from the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia. In support of its Notice of Removal, Howard states as follows:

### Background and Timeliness

1. On or about September 27, 2017, Ruthie M. Swanson ("Plaintiff") commenced a civil action against Defendant in her official role for Howard University by filing a complaint in the Superior Court of the District of Columbia. The lawsuit is recorded on that court's docket as 2017 CA 6494 M.

2. Defendant received a Notice and Request for Acknowledgment of Summons on or about September 29, 2017.

WHEREFORE, Defendant submits that this action properly is removable based on diversity jurisdiction. Defendant respectfully requests that the above-described action pending against it be removed to the United States District Court for the District of Columbia. Defendant also requests all other relief, at law or in equity, to which it justly is entitled.

DATED: October 20, 2017

Respectfully submitted,

*/s/ Zachary I. Shapiro*
Zachary I. Shapiro (#1021630)
Associate General Counsel
HOWARD UNIVERSITY
Office of the General Counsel
2400 Sixth Street, N.W., Suite 321
Washington, D.C. 20059
T: 202-806-2664
F: 202-806-6357
E-mail: zachary.shapiro@howard.edu
**ATTORNEY FOR DEFENDANT
ARIANA ARNOLD**

## CERTIFICATE OF SERVICE

I hereby certify that on this October 20, 2017, I served the foregoing document on pro se plaintiff via U.S. Mail and email:

Ruthie Michelle Swanson
6042 N. Lee St Unit 8D
Morrow, GA 30260
michelleswanson887@gmail.com

By: */s/ Zachary I. Shapiro*
Zachary I. Shapiro (#1021630)
Associate General Counsel
HOWARD UNIVERSITY

4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

RUTHIE MICHELLE SWANSON
_____
Plaintiff

vs.

Case Number  **17-0007893**

MS. ARIANA ARNOLD
ATTORNEY FOR
HOWARD UNIVERSITY
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

RUTHIE MICHELLE SWANSON
Name of Plaintiff's Attorney

P.O. BOX 344
Address
MORROW, GA. 30260

Clerk of the Court

By _Adriene_

Date 11/27

Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Do not have (202) 879-4828
번역을 원하시면,(202) 879-4828로 전화주십시오   ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev June 2017]     Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

**INFORMATION SHEET**

RUTHIE MICHELLE SWANSON Case Number: **17-0007893**

vs Date: 11/22/17

MS. ARIANA ARNOLD
ATTORNEY FOR HOWARD UNIVERSITY

☐ One of the defendants is being sued in their official capacity.

Name: (Please Print)
RUTHIE MICHELLE SWANSON

Firm Name:
NOT APPLICABLE

Telephone No.: 404-735-2658   Six digit Unified Bar No.:

Relationship to Lawsuit
☐ Attorney for Plaintiff
☒ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
Demand: $ 10,000,000.00    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar#: _____

---

**NATURE OF SUIT:**   (Check One Box Only)

**A. CONTRACTS**                                    **COLLECTION CASES**

☐ 01 Breach of Contract           ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty           ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument        ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                  Over $25,000 Pltf. Grants Consent        Over $25,000 Consent Denied
☐ 13 Employment Discrimination    ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees             Under $25,000 Pltf. Grants Consent       Under $25,000 Consent Denied
                                  ☐ 28 Motion to Confirm Arbitration
                                       Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile                   ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion                   ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☒ 01 Abuse of Process             ☐ 10 Invasion of Privacy              ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection      ☐ 11 Libel and Slander                     Not Malpractice)
☐ 03 Assault and Battery          ☐ 12 Malicious Interference           ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury  ☐ 13 Malicious Prosecution            ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)   ☐ 14 Malpractice Legal                ☐ 20 Friendly Suit
☐ 06 False Accusation             ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 21 Asbestos
☐ 07 False Arrest                 ☐ 16 Negligence- (Not Automobile,     ☐ 22 Toxic Mass Torts
☐ 08 Fraud                             Not Malpractice)                 ☐ 23 Tobacco
                                                                        ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE    IF USED

CV-496/June 2015

```
                    Superior Court of the District of Columbia
                                   Civil Division
                               Civil Actions Branch
```

| | | | |
|---|---|---|---|
| Receipt Type | Case | Outstanding Amount | 0.00 |
| Receipt Number | 384050 | Receipt Date | 11/27/2017 |
| Case Number | 2017 CA 007893 B | | |
| Description | SWANSON, RUTHIE MICHELLE   Vs. ARNOLD, Ms ARIANA | | |

| | |
|---|---|
| Action | Complaint for Abuse of Process Filed |
| Judge | RIGSBY, ROBERT R |
| Received From | PRO SE |
| On Behalf Of | SWANSON, RUTHIE MICHELLE |

```
                    Total Received      120.00
                      Net Received      120.00

                            Change        0.00
```

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| Money Order | 120.00 | 24782110097 |

| Receipt Applications | Amount |
|---|---|
| Cost | 120.00 |

| Disbursement Accounts | Amount |
|---|---|
| Civil Action | 120.00 |

| | | | |
|---|---|---|---|
| Deputy Clerk: | MARSHA | Transaction Date | 11/27/2017 14:49:46.00 |

Comments

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RUTHIE MICHELLE SWANSON
P.O. BOX 344
MORROW, GA. 30260   **Plaintiff**

vs.

MS. ARIANA ARNOLD
ATTORNEY FOR HOWARD UNIVERSITY
2400 6TH ST. N.W.
OFFICE OF THE GENERAL COUNSEL   **Defendants**
WASHINGTON, D.C. 20059

RECEIVED
Civil Clerk's Office
NOV 27 2017
Superior Court of the
District of Columbia
Washington, D.C.

CIVIL ACTION No. 17-0007893

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

SEE ATTACHED FOR COMPLAINT

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 10,000,000.00 with interest and costs.

Phone: 404-735-2658

**DISTRICT OF COLUMBIA, SS**

RUTHIE MICHELLE SWANSON, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_____ (Plaintiff) _____ (Agent)

Subscribed and sworn to before me this  22  day of  November  20 17.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

9590 9402 1678 6053 9212 93

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

MS. R. MICHELLE SWANSON
P.O BOX 344
MORROW, GA. 30260